# In the United States District Court
## for the Southern District of Georgia
### Brunswick Division

THOMAS ATKINS PARKER,

    Plaintiff,

v.

                      CV 2:25-015

FULTZ SERVICES, LLC,

    Defendant.

## ORDER

The parties informed the Court on May 18, 2026 that they had reached a settlement of the claims in this action. To date, no dismissal has been filed. The parties are **ORDERED** to file either a dismissal or a status report informing the Court of the settlement progress within **fourteen (14) days** of the date of this Order.

**SO ORDERED**, this _27_ day of July, 2026.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA